```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STARBUCKS CORPORATION,                  :
                                        :
                    Plaintiff,          :
                                        :   21 Civ. 400 (VM)
     - against -                        :
                                        :       ORDER
NEW WTC RETAIL OWNER LLC,               :
                                        :
                    Defendant.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Consistent with the Court's Individual Practices, Defendant advised the Court by letter dated April 9, 2021 that the parties' premotion letter exchange had failed to resolve their dispute regarding a proposed motion to dismiss the Complaint. (See Dkt. No. 19.)

On April 30, 2021, counsel for the Defendant followed up via email to chambers reiterating its desire to move to dismiss the Complaint and indicating its willingness to participate in a conference on the proposed motion.

The Court hereby clarifies that, now that the premotion letter briefing is complete, the Court will review the parties' submissions and will determine in due course whether further briefing or a conference will be necessary.

**SO ORDERED.**

Dated:   New York, New York
         3 May 2021

_____
Victor Marrero
U.S.D.J.
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2021