UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARBUCKS CORPORATION,

                Plaintiff,

-v-

NEW WTC RETAIL OWNER LLC,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 400 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, November 8, 2021, the Court orders as follows:

1. By **November 17, 2021**, the parties shall jointly file:

    a. A stipulation and proposed order regarding the protocol for the collection, review, and production of electronically stored information (the "Proposed ESI Protocol"). To the extent the parties are unable to agree on any aspect of the Proposed ESI Protocol, they shall include their competing versions of the provision at issue <u>without</u> <u>argument</u>; and

    b. A proposed schedule for the completion of discovery.

Dated:    New York, New York
            November 8, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge