UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/21
```

STARBUCKS CORPORATION,

                Plaintiff,

  - against -

NEW WTC RETAIL OWNER LLC,

                Defendant.

21 Civ. 400 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The case management conference in this matter currently scheduled for December 10, 2021, is hereby adjourned to April 22, 2022, at 11:00 a.m.

**SO ORDERED.**

Dated:    November 29, 2021
            New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.