UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARBUCKS CORPORATION,

                          Plaintiff,

       -v-

NEW WTC RETAIL OWNER LLC,

                          Defendant.

CIVIL ACTION NO.: 21 Civ. 400 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is a letter-motion by non-party The Port Authority of New York and New Jersey ("Port Authority") to quash a document subpoena served by Plaintiff Starbucks Corporation. (ECF No. 48 (the "Letter-Motion")). At the discovery conference held today, January 12, 2022 (the "Conference"), Port Authority agreed to (i) request that two custodians, George Fotakopoulos and Joe Pinheiro (together, the "Custodians"), search their hardcopy records for documents relating to the Premises (see ECF No. 1 ¶ 8), and (ii) have its IT department search the Custodians' email accounts using a narrow set of search terms that the parties agreed to during the Conference.

A telephone conference is scheduled for **Friday, February 4, 2022 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. As discussed at the Conference, the Letter-Motion, including Port Authority's request for an award of costs relating to its compliance with Starbucks' subpoena, is HELD IN ABEYANCE and will be resolved during the February 4 conference.

Dated:      New York, New York
            January 12, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**